**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


FREDERICK LEONARD TILLMAN,      :    No. 84 WM 2017

             Petitioner        :

           v.             :

COURT OF COMMON PLEAS      :
HONORABLE BETH A. LAZZARA,   :

            Respondent


## ORDER


**PER CURIAM**

     **AND NOW**, this 28th day of November, 2017, the "Application for Leave to File Original Process," to the extent it seeks original process, is GRANTED. To the extent that the "Application for Leave to File Original Process" requests mandamus or habeas corpus relief, it is DENIED. The Application for Relief is DENIED.

     The Prothonotary is DIRECTED to strike the name of the jurist from the caption.